

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Nasser Shafipour,                          * From the 96th District
                                             Court of Tarrant County,
                                             Trial Court No. 096-236499-09.

Vs. No. 11-13-00212-CV                     * May 29, 2015

Rischon Development Corporation,           * Memorandum Opinion by Willson, J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and judgment is rendered that Rischon Development Corporation take nothing.   The costs incurred by reason of this appeal are taxed against Rischon Development Corporation.